**1226**

Jacqueline P. TAYLOR, Appellant,

v.

**RESOLUTION TRUST CORPORATION,**
Appellee.

No. 95–5001.

United States Court of Appeals,
District of Columbia Circuit.

Oct. 4, 1995.

Before: SILBERMAN, WILLIAMS and
HENDERSON, Circuit Judges.

*ORDER*

PER CURIAM.

Upon consideration of appellant's Petition
for Rehearing, it is

**ORDERED**, by the Court, that the opinion
filed herein on June 23, 1995, 56 F.3d 1497, is
amended, as follows:

*At Page 2, Paragraph 2* [56 F.3d at 1500.]

delete the first sentence and insert in
lieu thereof

We vacate the district court's order to
the extent it is moot and affirm that
order in all other respects.

*At Page 20* [56 F.3d at 1509.]

delete the last paragraph and insert in
lieu thereof

The district court's order denying a
preliminary injunction is vacated to the
extent moot and in all other respects
affirmed for the reasons stated above.

So Ordered.